

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased, Beverly Brown, Johnny Scott Brown, Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown, Shannon Brown, Wesley Brown, Appellants

v.

**SALATIEL POLANCO** d/b/a D&C Trucking, Highway Barricades and Services, LLC, Anderson Columbia Co., Inc., Flasher Equipment Co., and D.I.J Construction, Inc., Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

On August 27, 2019, we ordered the clerk's record to be filed no later than September 16, 2019. On September 13, 2019, the trial court clerk filed a notification of late record stating the record had not been filed due to computer issues and requesting an extension to September 18, 2019. On September 16, 2019, the trial court clerk filed the clerk's record. As a result, the Notification of Late Record is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court